# SABATINI FREEMAN, LLC

CARLO SABATINI*
KRISTIN SABATINI
BRETT FREEMAN

216 N  Blakely St
Dunmore  PA 18512
Phone  (570) 341 9000
Fax  (570) 504 2769
**Satellite Office**  Wilkes Barre 823 9000

September 24, 2021

Client Services, Inc
3451 Harry S Truman Blvd
Saint Charles, MO 63301

*VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED*

> **RE     Kelie Palladino v  Client Services, Inc**
> **Pike County Court of Common Pleas**
> **Docket No  2021-cv-00941**

Dear Sir or Madam

    Enclosed please find a time-stamped complaint in the above-referenced matter  Please ensure that all evidence related to this lawsuit is preserved  If you have any question about whether evidence would be related to the lawsuit, please contact me to discuss

Sincerely yours,

Brett M  Freeman

BF/smd

Kelie Palladino
112 Cottonwood Court
Milford, PA 18337

          Plaintiff

v

Client Services, Inc
3451 Harry S Truman Blvd
Saint Charles, MO 63301

          Defendant

IN THE PIKE COUNTY
COURT OF COMMON PLEAS

Civil Action

No

Jury Trial Demanded

## NOTICE

      You have been sued in court  If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you  You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by plaintiff(s)  You may lose money or property or other rights important to you

      YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE  IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER

      IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE

PIKE COUNTY COURTHOUSE
412 BROAD STREET
MILFORD, PA 18337
(570) 296-7231

PIKE COUNTY LEGAL AID SERVICES
810 MONROE STREET
STROUDSBURG, PA 18360
(570) 424-5338

PA LAWYER REFERRAL SERVICE
P O  BOX 1086
100 SOUTH STREET
HARRISBURG, PA 17108
(Pennsylvania residents phone
1-800-692-7375, Out of state
Residents phone 1-717-238-6715)

Kelis Palladino,                          IN THE PIKE COUNTY
                        Plaintiff          COURT OF COMMON PLEAS

Client Services, Inc ,                     Docket No

                        Defendant

## COMPLAINT

### I     INTRODUCTION

1       This is an action for damages brought by an individual consumer for violations of the

Fair Debt Collection Practices Act, 15 U S C  § 1692, *et seq*  (hereinafter "the Act")  Defendant

illegally disclosed information about Plaintiff to a third-party, in direct violation of the Act

### II     JURISDICTION AND VENUE

2       Jurisdiction of this Court is proper pursuant to 15 U S C  § 1692k(d), which permits

an action under the Act to be brought in any court of competent jurisdiction

3       Venue in this Court is proper in that Plaintiff resides here, the conduct complained of

occurred here, and Defendant transacts business here

### III     PARTIES

4       Plaintiff is a natural person residing at 112 Cottonwood Court, Milford, PA, 18337

5       Plaintiff is, and at all relevant times was, a "consumer" as defined by 15 U S C

§ 1692a(3)

6       Client Services, Inc  is an entity with an address of 3451 Harry S Truman Blvd , Saint

Charles, MO 63301

7       The principal purpose of Defendant's business is the collection of debts

8       Defendant has reason to believe that a non-trivial portion of the accounts that it collects are for obligations for which the money, property, insurance or services which were the subjects of the transactions were primarily for personal, family, or household purposes

9       Defendant has reason to believe that it is probably true that the principal purpose of its business is the collection of "debt" as that term is defined by 15 U S C § 1692a(5)

10     Defendant regularly attempts to collect debts asserted to be due to another  The term "debt" is used in this allegation as that term is defined by 15 U S C § 1692a(5)

11     Defendant is a "debt collector" as defined by 15 U S C § 1692a(6)

IV      STATEMENT OF CLAIM

12     The foregoing paragraphs are incorporated herein by reference

13     Congress enacted the Act to prevent real harm  Congress found that "abusive debt collection practices [we]re carried on to a substantial extent in interstate commerce and through means and instrumentalities of such commerce " 15 U S C § 1692(d)

14     One of the abusive debt collection practices the Act was designed to curb was "invasions of individual privacy " 15 U S C § 1692(a)

15     In order to help achieve this goal, the Act prohibits, absent a few exceptions not relevant to the present matter, a debt collector from communicating with a third-party in connection with the collection of a debt  15 U S C § 1692c(b)

16     Client Services  Inc  is a company which was attempting to collect an alleged debt ("the Debt") from Plaintiff

17     On or shortly before April 8, 2021, Client Services, Inc  decided to send a letter to Plaintiff regarding the Debt

2

18      However, rather than preparing and mailing the letter to Plaintiff on its own, Client

Services, Inc chose to utilize a third-party vendor to perform these services on its behalf The

factual contentions in this paragraph will likely have evidentiary support after a reasonable

opportunity for further investigation or discovery

19      As part of this process, Client Services, Inc conveyed information regarding the Debt

to the third-party vendor

20      The information Client Services, Inc conveyed to the third-party included Plaintiff's

name, address, status as a debtor, as well as the precise amount of the Debt and the entity to

which Plaintiff allegedly owed the Debt

21      The conveyance of this information to the third-party constituted a "communication"

as that term is defined in 15 U S C § 1692a(2)

22      The conveyance of this information to the third party was a communication made in

connection with the collection of a debt *See Hunstein v Preferred Collection & Mgmt Servs*

*Inc* , 994 F 3d 1341 (11th Cir 2021)

23      The third-party then, at the direction of Client Services, Inc , utilized this information

to generate and mail a letter to Plaintiff

24      This collection letter was a "communication" as that term is defined in 15 U S C

§ 1692a(2)

25      The collection letter was mailed on or about April 8, 2021

26      Plaintiff never consented to Client Services, Inc communicating with the third-party

vendor in connection with the collection of the Debt

3

27    By improperly conveying information regarding Plaintiff to a third-party in connection with the collection of a debt, Client Services, Inc violated 15 U S C § 1692c(b) *See Hunstein v Preferred Collection & Mgmt Servs Inc*, 994 F 3d 1341 (11th Cir 2021)

WHEREFORE, Plaintiff demands judgment against Defendant for statutory damages of no more than $1,000 00, costs, attorney's fees, and such other and further relief as deemed just and proper

## V    ARBITRATION

28    The claims raised in this complaint are subject to a pre-dispute arbitration provision

29    Pursuant to Pennsylvania Rule of Civil Procedure 1329, Plaintiff is providing notice of an intention to compel arbitration

## VI    DEMAND FOR JURY TRIAL

30    Plaintiff demands a trial by jury as to all issues so triable

Brett Freeman
Bar Number  PA 308834
Sabatini Freeman, LLC
216 N  Blakely St
Dunmore, PA  18512
Attorney for Plaintiff
Phone (570) 341-9000

4

Document Ref  FTAQY YYQFD IT847 HFA86

## CERTIFICATION OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania  Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents

Brett Freeman
Bar Number  PA 308834
Sabatini Freeman, LLC
216 N  Blakely St
Dunmore, PA  18512
Attorney for Plaintiff
Phone (570) 341-9000

OFFICE OF
PROTHONOTARY
CLERK OF COURTS

2021 SEP 22  PM 12 50

ENTERED FOR RECORD
PIKE COUNTY PA

5

Document Ref  FTAQY YYQFD IT847 HFA86

### Verification of Complaint and Certification by Plaintiff

Plaintiff, Kelie Palladino, being duly sworn according to law, deposes as follows

1       I am a plaintiff in this civil proceeding

2       I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry

3       I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law

4       I believe that this civil Complaint is not interposed for any improper purpose, such as to harass the Defendant, cause unnecessary delay to the Defendant, or create a needless increase in the cost of litigation to the Defendant, named in the Complaint

5       I have filed this civil Complaint in good faith and solely for the purposes set forth in it

I declare under penalty of perjury that the foregoing is true and correct

Executed on __09-16-2021____                    _____

                                                Kelie Palladino, Plaintiff

# Signature Certificate

Document Ref- FTAQY-YYQFD-IT847-HFA86

Document signed by



### Kelie Pallladino

Verified E-mail
kelie63@yahoo com

24.115.111.165          16 Sep 2021 21-07-23 UTC

Document completed by all parties on
16 Sep 2021 21 07 23 UTC

Page 1 of 1

 Signed with PandaDoc com

PandaDoc is a document workflow and certified eSignature
solution trusted by 25 000+ companies worldwide



CERTIFIED MAIL

Sabatini Freeman L'C
216 N Blakely Street
Dunmore PA 18512

7021 0350 0001 7403 6175

'LE+

24 |℃


UNITED STATES
POSTAL SERVICE

1000

63301

U S POSTAGE PAID
FCM LETTER
DUNMORE PA
18512
SEP 24, 21
AMOUNT
$7.58
R2304W121289 16


m.only
9/28/21
LC

Client Services  Inc
3451 Harry S Truman Blvd
Saint Charles  MO 63301

63301-981699



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE