UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KELIE PALLADINO, | : |
| Plaintiff, | : |
| | : Civil Action No. 3:21-1835 |
| v. | : |
| CLIENT SERVICES, INC., | : (JUDGE MANNION) |
| | : |
| Defendant | |

## O R D E R

In light of the foregoing Memorandum, **IT IS HEREBY ORDERED THAT:**

Defendant Client Services, Inc.'s Motion to Stay, **(Doc. 9)**, is **DENIED**.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: February 3, 2022**
21-1835-01-Order